COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Kristie Marie Lowery v. Jonathan Guerrero and Thuy Julie
                            Nguyen

Appellate case number:      01-20-00816-CV

Trial court case number:    1146100

Trial court:                County Civil Court at Law No. 3 of Harris County

On December 4, 2020, appellant, Kristie Marie Lowery, filed a notice of restricted appeal from the trial court's September 16, 2020 Final Judgment, entered in favor of appellees, Jonathan Guerrero and Thuy Julie Nguyen. *See* TEX. R. APP. P. 26.1(c), 30 (party that "did not participate . . . in the hearing that resulted in the judgment complained of" may file notice of appeal "within six months after the judgment or order is signed").

On February 5, 2021, appellant filed a "Joint Motion to Vacate the Trial Court's Judgment and Dismiss the Appeal" with this Court. In the motion, appellant states that "[t]he parties jointly move to vacate" the trial court's September 16, 2020 Final Judgment, pursuant to the terms of a December 30, 2020 settlement agreement between the parties. Appellant requests this Court to either render judgment effectuating the parties' agreement or set aside the trial court's judgment without regards to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A)-(B).

While appellant has stated that the motion is "joint," the motion is not signed by appellees or their counsel, nor has appellant provided this Court with any evidence of an agreement between the parties. *See* TEX. R. APP. P. 42.1(a)(2) ("The appellate court may dispose of an appeal . . . [i]n accordance with an agreement signed by the parties or their attorneys and filed with the clerk . . ."). Further, the motion includes a certificate of conference stating that counsel for appellant "conferred via e-mail . . . with counsel for [a]ppellees . . . regarding the merits of this motion." However, the certificate of conference fails to state whether counsel for appellees were opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5).

Accordingly, we **deny** appellant's "Joint Motion to Vacate the Trial Court's Judgment and Dismiss the Appeal." Nothing in this order prevents the parties from filing a new motion, seeking the relief requested in appellant's motion, that complies with the Texas Rules of Appellate Procedure.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
          ☑ Acting individually    ☐ Acting for the Court


Date: ___February 11, 2021_____